IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEENA ALWAN,** | Case No. 1:21-cv-1508-PAB |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **RUSTIC GEM,** *et al.*, | |
| **Defendants.** | **ORDER** |

On 11/1/2022, the parties reached a confidential settlement in this matter following a mediation conducted by Magistrate Judge Thomas Parker. Magistrate Judge Parker ordered the parties to file a notice of dismissal with prejudice within 30 days of the mediation. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**


Dated:  December 2, 2022         *s/Pamela A. Barker*
                                 PAMELA A. BARKER
                                 UNITED STATES DISTRICT JUDGE